1

JUDGE JAMES L. ROBART

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

6

| UNITED STATES OF AMERICA, | ) No. CR22-208-JLR |
|---|---|

7    Plaintiff,

8    v.

9    LAVONTA AUSTIN,

10    Defendant.

11

)
)
)
)
(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE
)
)
)
)
)

12    THE COURT has considered Lavonta Austin's unopposed motion to continue

13    the trial date and pretrial motions deadline and finds that:

14    (a) taking into account the exercise of due diligence, a failure to grant a

15    continuance in this case would deny counsel for the defendant the reasonable time

16    necessary for effective preparation due to counsel's need for more time to review the

17    evidence, consider possible defenses, and gather evidence material to the defense, as set

18    forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

19    (b) a failure to grant such a continuance in this proceeding would likely result in

20    a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

21    (c) the additional time requested is a reasonable period of delay, as the defendant

22    has requested more time to prepare for trial, to investigate the matter, to gather evidence

23    material to the defense, and to consider possible defenses; and

24    (d) the ends of justice will best be served by a continuance, and the ends of

25    justice outweigh the best interests of the public and the defendant in any speedier trial,

26    as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Austin*, CR22-208-JLR) - 1

1    (e) the additional time requested between the current trial date of May 22, 2023,

2 and the new trial date is necessary to provide counsel for the defendant the reasonable

3 time necessary to prepare for trial, considering counsel's schedule and all of the facts

4 set forth above; and

5    (f) the period of delay from the date of this order to the new trial date is

6 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

7    IT IS THEREFORE ORDERED that the trial date in this matter shall be

8 continued to September 5, 2023, and that pretrial motions shall be filed no later than

9 July 14, 2023.

10    DONE this 24 day of April 2023.

11

12

13

14 JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

15

16 Presented by:

17 s/ *Nancy Tenney*
Assistant Federal Public Defender
18 Attorney for Lavonta Austin

19

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Austin*, CR22-208-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**